IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
SEP - 4 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | CASE NO. 5:25 CR 435 |
| v. ) | |
| ) | Title 18, United States Code, |
| TERRANCE BIVINS-BOYD, ) | Sections 922(a)(6), 922(o)(1), |
| ELIJAH HAWKINS, ) | 924(a)(2), 932(b)(3), 933(a)(1) |
| ELLIS BLOODWORTH, II, ) | and 2; Title 21, United States |
| ) | Code, Sections 841(a)(1) and |
| Defendants. ) | (b)(1)(C) |
| ) | |

**JUDGE OLIVER**

COUNT 1
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about July 16, 2025, in the Northern District of Ohio, Eastern Division, Defendant TERRANCE BIVINS-BOYD did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about July 30, 2025, in the Northern District of Ohio, Eastern Division, Defendant TERRANCE BIVINS-BOYD did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about August 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant TERRANCE BIVINS-BOYD did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Trafficking in Firearms, 18 U.S.C. § 933(a)(1))

The Grand Jury further charges:

4. From on or about July 15, 2025, to on or about August 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant TERRANCE BIVINS-BOYD shipped, transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in and otherwise affecting interstate and foreign commerce, to wit:

| Date range of crime | Firearm | Price purchased |
| --- | --- | --- |
| July 15, 2025 | Ruger, model 5.7, 5.7 x 28 mm caliber, serial number 643-86003 | $1,200 |
| July 16, 2025 | Glock, model 22, 40 caliber pistol, serial number BYSG827 | $1,250 |
| July 17, 2025 | Smith and Wesson, model SD9, 9mm, serial number FDN7969; and Del-ton Inc., model DTI-15, 5.56 caliber rifle, serial number DTI-S242432 | $2,600 |
| July 18, 2025 | Glock, model 19, 9mm pistol, serial number BVHB216; and a machine gun conversion device | $2,000 |
| July 30, 2025 | Del-ton Inc., model DTI-15, 5.56 caliber rifle, serial number DTI-S2307683 | $1,300 |
| August 12, 2025 | Del-ton Inc., model DTI-15, 5.56 caliber rifle, serial number DTI-S296953 (restored serial number) | $1,800 |

| August 14, 2025 | Anderson Manufacturing, Model AM-15, .50 Beowulf caliber rifle, serial number 19256311 | $2,000 |
| August 28, 2025 | Glock model 17, 9mm caliber pistol, serial number ACHM594 | $800 |

knowing and having reasonable cause to believe that the use, carrying and possession of the firearms would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT 5
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o)(1) and 924(a)(2))

The Grand Jury further charges:

5.  On or about July 18, 2025, in the Northern District of Ohio, Eastern Division, Defendant TERRANCE BIVINS-BOYD, knowingly possessed a machine gun, to wit: a conversion device that is a part or combination of parts designed and intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## COUNT 6
(False Statements During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6), 924(a)(2))

The Grand Jury further charges:

6.  On or about August 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant TERRANCE BIVINS-BOYD, in connection with the acquisition of a firearm, to wit: a Del-ton Inc., model DTI-15, 5.56 caliber rifle, serial number DTI-S296953 (restored serial number) from Range USA, located in Akron, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false written statement to Range USA, which statement was intended and likely to deceive Range USA, as to a fact material to the lawfulness of such acquisition of the said firearm by Defendant TERRANCE

BIVINS-BOYD under Chapter 44 of Title 18, United States Code, in that Defendant TERRANCE BIVINS-BOYD falsely represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm listed on the form and not buying the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 7
(Trafficking in Firearms, 18 U.S.C. § 933(a)(1))

The Grand Jury further charges:

7. On or about July 15, 2025, in the Northern District of Ohio, Eastern Division, Defendant ELIJAH HAWKINS shipped, transported, transferred, caused to be transported, and otherwise disposed of a firearm to another person, in and otherwise affecting interstate and foreign commerce, a firearm, to wit: Glock, Model 19, 9mm caliber pistol, serial number BWMR884, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT 8
(Straw Purchase of Firearms, 18 U.S.C. § 932(b)(3))

The Grand Jury further charges:

8. From on or about July 16, 2025, to on or about August 6, 2025, in the Northern District of Ohio, Eastern Division, Defendant ELLIS BLOODWORTH, II did knowingly purchase firearms, to wit: a Del-ton Inc., model DTI-15, 5.56 caliber rifle, serial number DTI-S2307683; and a Glock, model 19, 9mm caliber pistol, serial number CEKF351, in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of Terrance Bivins-Boyd and Elijah Hawkins, knowing and having reasonable cause to

4

believe that Terrance Bivins-Boyd and Elijah Hawkins, intended to sell and otherwise dispose of the firearm to a person who intended to use, carry, possess, sell and otherwise dispose of the firearm in furtherance of a felony, and did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(3).

## COUNT 9
(False Statements During Purchase of Firearms, 18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

The Grand Jury further charges:

9. From on or about July 16, 2025 to on or about July 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant ELLIS BLOODWORTH, II, in connection with the acquisition of firearms, to wit: a Del-ton Inc., model DTI-15, 5.56 caliber rifle, serial number DTI-S2307683; and a Glock, model 19, 9mm caliber pistol, serial number CEKF351, from Range USA, located in Akron, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false written statement to Range USA, which statement was intended and likely to deceive Range USA, as to a fact material to the lawfulness of such acquisition of the said firearms by Defendant ELLIS BLOODWORTH, II under Chapter 44 of Title 18, United States Code, in that ELLIS BLOODWORTH, II falsely represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearms listed on the form and not buying them on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## FORFEITURE

The Grand Jury further charges:

10. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d)(1), 934, and Title 28, United States

Code, Section 2461(c), the allegations of Counts 1 through 9 are incorporated herein by reference. As a result of foregoing offenses, Defendants TERRANCE BIVINS-BOYD, ELIJAH HAWKINS, and ELLIS BLOODWORTH, II , shall forfeit to the United States, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the violations charged in Counts 1, 2, and 3; any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations charged in Counts 1, 2, and 3; any and all firearms and ammunition involved in or used in the commission of the firearms offenses charged in Counts 4, 5, 6, 7, 8, and 9; and any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offenses charged in Counts 4, 7, and 8; and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses charged in Count 4, 7, and 8.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.